McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-104-DAD-BAM |
|---|---|
| Plaintiff, | JOINT STAUS REPORT; STIPULATION AND ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| AURORA CUARA | |
| Defendant. | |

## **BACKGROUND**

The parties last appeared before the Court on February 24, 2020. Dkt. 17. At that time, defense requested a further continuance to undertake additional investigation. The matter was set for further status conference on **June 8, 2020**. *Id.* On May 20, 2020, the Court issued a minute order directing the parties to submit a joint status report "informing the court of the status of the case, including whether any change of plea is anticipated, a proposed date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date." Dkt. 18. The parties' response appears below.

## **STIPULATION AND [PROPOSED] ORDER**

The parties stipulate and agree that since the previous status conference, they have attempted to perform additional investigation on the matters discussed during that status conference. As part of that investigation, the parties believe it is necessary to conduct additional interviews with witnesses. During the time of the COVID-19 pandemic, such interviews have

1

become more difficult to accomplish.  The parties anticipate that a further status conference in approximately 90 days would allow enough time to accomplish this investigation and to incorporate it in their plea negotiations.

The parties are hopeful that a change of plea will occur in this case, but the terms of any plea agreement will be affected by the further investigation they are undertaking.

The parties propose a further status conference on or after **September 14, 2020**.  The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: June 1, 2020     By:     /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney


DATED: June 1, 2020     By:     /s/ Marc Days

March Days
Attorney for Aurora Cuara

# **O R D E R**

IT IS SO ORDERED that the status conference currently set for June 8, 2020 is continued to **September 14, 2020 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:  **June 2, 2020**                          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE