McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00104-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERNCE |
| AURORA CUARA | |
| Defendant. | |

## **BACKGROUND**

This matter is set for further status conference on September 14, 2020.  Doc. 21.  On August 28, 2020, the Court issued a minute order directing the parties to submit a joint status report or a stipulation to continue the matter.  Any joint status report was required to "inform[] the court of the status of the case, including whether any change of plea is anticipated, a proposed date for a status conference or change of plea, and whether defendant agrees to exclude time to the next date." *Id.*

The parties hereby submit the following stipulation to continue the status conference.

## **STIPULATION AND [PROPOSED] ORDER**

The parties stipulate and agree that since the previous status conference, they have attempted to perform additional investigation.  As part of that investigation, the parties believe it is necessary to conduct additional interviews with witnesses.  During the time of the COVID-19 pandemic, such interviews have become more difficult to accomplish, and the lead FBI agent

1

assigned to the matter was absent for a portion of the time on a detail assignment.  The parties anticipate that a further status conference in approximately 60 days would allow enough time to accomplish this investigation and to incorporate it in their plea negotiations.

The parties are hopeful that a change of plea will occur in this case, but the terms of any plea agreement will be affected by the further investigation they are undertaking.

The parties propose a further status conference on or after **November 16, 2020**.  The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


DATED: September 9, 2020                           By:/s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney


DATED: September 9, 2020               By:    /s/ Marc Days

March Days
Attorney for Aurora Cuara

**O R D E R**

The status conference currently set for **September 14, 2020** is continued to **November 9, 2020 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time will be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, because the interest of the public and of the defendant in a speedy and public trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **September 9, 2020**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE