MARC DAYS, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, CA. 93721
Telephone: (559) 708-4844

Attorney for Defendant
AURORA CUARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-CR-00104 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| AURORA CUARA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorneys, Michael G. Tierney, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Aurora Cuara, that the change of plea hearing, currently set for February 22, 2021, at 10:00 am., may be rescheduled to April 19, 2021, at 9:00 am., to allow additional time to finalize plea negotiations, file a joint motion for the deposit of funds into the Court's deposit fund, and deposit funds.

1. By previous order this matter was set for change of plea hearing on February 22, 2021, at 10:00 am.

2. By this stipulation the parties move to continue the change of plea hearing to April 19, 2021, at 9:00 am., and to exclude time between February 22, 2021, and April 19, 2021, under 18 U.S.C. 3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

3. The parties agree and stipulate, and request the Court find the following:

   a. Additional time is needed to finalize plea negotiations;

1        b. The parties have agreed to continue the date for the change of plea hearing to
2 April 19, 2021;

3        c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
4 3161, et seq., within which trial must commence, the time period of February 22, 2021, to April
5 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(1)(E) and (h)(7)(A) and
6 (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best
7 interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives
8 the defense and government a reasonable time for effective preparation and finalizing
9 negotiations exercising due diligence.

10    4. Nothing in this stipulation and order shall preclude a finding that other provisions of
11 the Speedy Trial Act dictate that additional time periods are excludable from the period within
12 which a trial must commence.

14       IT IS SO STIPULATED.

16                                                              Respectfully submitted,

17                                                              McGREGOR W. SCOTT
                                                              United States Attorney

19 Dated: February 5, 2021                    /s/ *Michael G. Tierney*
                                                              MICHAEL G. TIERNEY
20                                                              Assistant United States Attorney
                                                             Attorney for Plaintiff

24 Dated: February 5, 2021                    /s/ *Marc Days*
                                                             MARC DAYS
25                                                              Attorneys for Defendant
                                                             AURORA CUARA

U.S. v. Cuara, case # 18-cr-00104 DAD-BAM      -2-
Stipulation to Continue Change of Plea Hearing; [Proposed]
Order

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause.  Change of plea is continued to April 19, 2021,  at 9:00 am.

IT IS SO ORDERED.

Dated:   **February 5, 2021**

UNITED STATES DISTRICT JUDGE

U.S. v. Cuara, case # 18-cr-00104 DAD-BAM
Stipulation to Continue Change of Plea Hearing; [Proposed]
Order
-3-