1   McGREGOR W. SCOTT
    United States Attorney
2   MICHAEL G. TIERNEY
    ROBIN TUBESING
3   Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
4   Fresno, CA 93721
    Telephone:  (559) 497-4000
5   Facsimile:   (559) 497-4099

6   Attorneys for Plaintiff, United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.:  1:18-CR-00104-DAD-BAM

12          Plaintiff,                   **JOINT MOTION FOR THE DEPOSIT OF**
                             v.          **FUNDS INTO THE COURT'S DEPOSIT FUND;**
13                                       **AND ORDER THEREON**

    AURORA CUARA,
14                                       [No Hearing Requested]

            Defendant.
15

16

17          Plaintiff United States of America and defendant Aurora Cuara, through their authorized

18  representatives ("Movants"), hereby move for an order authorizing Defendant to pay into the court's

19  deposit fund pending the outcome of this criminal prosecution.  This Motion is based on the following

20  grounds:

21          1.      On May 17, 2018, Defendant was indicted on eight counts of Theft From an Indian Tribal

22  Organization (18 U.S.C. § 1163).  According to the indictment, the victim, Santa Rosa Rancheria

23  Department of Education, suffered a loss of at least $67,612.00.  ECF No. 1.

24          2.      A change of plea hearing is presently set for February 22, 2021.[1]  ECF No. 27.

25          3.      Defendant wishes to partially satisfy the special assessment and restitution via a

26  voluntary payment to the Clerk of the Court prior to her change of plea hearing and sentencing.

27

28          [1] The Parties intend to stipulate to continue the change of plea hearing to a date in April 2021.

1    The Movants thus agree that:

2    1.    On or before March 31, 2021, Defendant shall make a $25,000.00 payment in partial

3  satisfaction of the special assessment and restitution ("Deposit"), to the Clerk of the Court as specified

4  in the accompanying order.  The Deposit shall remain in the Court's deposit fund pending Defendant's

5  sentencing in this case, or upon further order of the Court.

6    2.    The Deposit shall, upon sentencing, be applied towards the restitution in the order stated

7  in the Schedule of Payments section of the Judgment in a Criminal Case.

8                                         Respectfully submitted,

9

10  FOR THE UNITED STATES:                 McGREGOR W. SCOTT
                                          United States Attorney

11  Dated:  2/4/2021

12                                By:      */s/ Michael G. Tierney*
                                          MICHAEL G. TIERNEY
13                                        Assistant United States Attorney

14

15  DEFENDANT AURORA CUARA:

16  Dated:   2/4/2021                       /s/ Aurora Cuara
                                          AURORA CUARA

17

18  APPROVED AS TO FORM AND CONTENT:

19  Dated:  2/4/2021                        /s/ Marc Days
                                          MARC DAYS
20                                        Attorney for Defendant

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1.      On or before March 31, 2021, Defendant Aurora Cuara shall deliver $25,000.00 via cashier's or certified check to the Clerk of Court representing partial payment of the special assessment and restitution.

2.      Defendant shall make the check payable to the Clerk of Court and, in the note section of the check, state the case name and number (US v. Cuara, Case No. 1:18-cr-00104-DAD-BAM). Defendant shall deliver the check to the Clerk of the Court, U.S. District Court.

3.      Upon receipt, the Clerk shall promptly DEPOSIT Defendant's payment into the Court's deposit fund.

4.      Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the Defendant's criminal case.

5.      Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the special assessment and restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

Dated:    **February 5, 2021**                    _____
                                                    UNITED STATES DISTRICT JUDGE

3