MARC DAYS, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, CA. 93721
Telephone: (559) 708-4844

Attorney for Defendant
AURORA CUARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00104 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| AURORA CUARA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorneys, Michael G. Tierney, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Aurora Cuara, that the change of plea hearing, currently set for April 19, 2021, at 10:00 am., may be rescheduled to May 4, 2021, at 10:00 am.  The parties have resolved the case and a plea agreement has been filed with the Court.  The defense makes this request because defendant's daughters have shown symptoms of being COVID-19 positive and have been required by their school district to quarantine and switch to distance learning for the period of April 13, 2021, through April 22, 2021.  The school district will have a follow up phone call with Defendant on April 22, 2021, to confirm whether defendant's daughters can return to school on April 23, 2021.  In the meantime, defendant and her daughters will test for COVID-19 and quarantine.  Defense counsel would like to appear with client from counsel's office, as a result, the defense requests the change of plea hearing be rescheduled for May 4, 2021.

1. By previous order this matter was set for change of plea hearing on April 19, 2021, at 10:00 am.

2. By this stipulation the parties move to continue the change of plea hearing to May 4, 2021, at 10:00 am., and to exclude time between April 19, 2021, and May 4, 2021, under 18 U.S.C. 3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

3. The parties agree and stipulate, and request the Court find the following:

    a. Additional time is needed to finalize plea negotiations;

    b. The parties have agreed to continue the date for the change of plea hearing to May 4, 2021;

    c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. 3161, et seq., within which trial must commence, the time period of April 19, 2021, to May 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(1)(E) and (h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and government a reasonable time for effective preparation and finalizing negotiations exercising due diligence.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: April 15, 2021

/s/ *Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

1
2
3  Dated:  April 15, 2021                          /s/ *Marc Days*
4                                                  MARC DAYS
                                                   Attorneys for Defendant
5                                                  AURORA CUARA
6
7
8
                                    **O R D E R**
9
        **IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is
10
    granted for good cause.
11
12  IT IS SO ORDERED.
13
        Dated:   **April 15, 2021**                _____
14                                                  UNITED STATES DISTRICT JUDGE

U.S. v. Cuara, case # 18-cr-00104 DAD-BAM          -3-
Stipulation to Continue Change of Plea Hearing; [Proposed]
Order