| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 559-4000<br>Facsimile: (559) 559-4099 |
| 5 | |
| 6 | Attorneys for the<br>  United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00104-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| AURORA CUARA, | |
| Defendant. | |

## **BACKGROUND**

This matter is set for sentencing on July 26, 2021. Doc. 36. However, the parties and the United States Probation Office require additional time to prepare for sentencing.

The parties accordingly submit the following stipulation to continue the sentencing hearing.

## **STIPULATION AND [PROPOSED] ORDER**

The parties stipulate and agree that additional time is needed to prepare for sentencing. The parties require additional time to allow a full evaluation of the case, review the Presentence Investigation Report, and to finalize their arguments for sentencing.

The parties propose a sentencing proceeding on **September 13, 2021**.

Respectfully submitted,

PHILLIP A. TALBERT

1

|  |  |  |
|---|---|---|
| DATED: May 24, 2021 |  | By: /s/ Michael G. Tierney |

Michael G. Tierney
Assistant United States Attorney

|  |  |  |
|---|---|---|
| DATED: May 24, 2021 | By: | /s/ Marc Days |

March Days
Attorney for Aurora Cuara

**O R D E R**

The status conference currently set for **July 26, 2021** is continued to **September 13, 2021**.

IT IS SO ORDERED.

Dated: **May 25, 2021**

_____
UNITED STATES DISTRICT JUDGE