Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
AURORA CUARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AURORA CUARA,<br><br>　　　　　　　　Defendant. | No. 1:18-cr-00104 DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING;  ORDER THERON<br><br>Date:　October 18, 2021<br>Time:　10:00 am<br>Judge:　Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Michael Tierney, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Aurora Cuara, that the sentencing hearing currently set for September 13, 2021, at 10:00 a.m., may be rescheduled to October 18, 2021, at 09:00 a.m.

　　　The requested continuance is necessary to provide the defense additional time needed to investigate and prepare for sentencing.  This continuance will conserve time and resources for both counsel and the court.

　　　Since Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

///

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  August 27, 2021

/s/ *Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

Dated:  August 27, 2021

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
AURORA CUARA

# O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.  The sentencing hearing set for September 13, 2021 is continued to October 18, 2021 at 09:00am.

IT IS SO ORDERED.

Dated:  **August 27, 2021**

_____
UNITED STATES DISTRICT JUDGE